IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON ROBERT TWELLS,

        Plaintiff,                  No. CIV S-10-2664 GGH P

  vs.

PUBLIC DEFENDER AGENCY, et al.,

        Defendant.              <u>ORDER FOR PAYMENT</u>

                              /      <u>OF INMATE FILING FEE</u>

To: The Sheriff of Shasta County, Attention: Inmate Trust Account, 1525 Court Street, Redding, California 96001:

      Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

      In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1

1. The Sheriff of Shasta County or a designee shall collect from plaintiff's inmate trust account the $ 350.00 filing fee by collecting monthly payments from plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the inmate's trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the name and number assigned to this action.

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Sheriff of Shasta County, Attention: Inmate Trust Account, 1525 Court Street, Redding, California 96001.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: October 21, 2010

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE