IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON ROBERT TWELLS,

          Plaintiff,                    No. CIV S-10-2664 GGH P

      vs.

PUBLIC DEFENDER AGENCY, et al.,

          Defendants.          ORDER

_____/

          Plaintiff has requested the appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's request for the appointment of counsel will therefore be denied.

/////

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel (Docket No. 1) is denied.

3  DATED: October 21, 2010

4
                                                  /s/ Gregory G. Hollows
5
                                                  _____
6                                                 GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE
7  GGH:md
    twel2664.31
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26